# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MR. PRINCE R. ELLIS** | : | **CIVIL ACTION** |
| v. | : | **NO. 19-2387** |
| **THE SCHOOL DISTRICT OF PHILADELPHIA**, *et al.* | : | |

## ORDER

**AND NOW**, this 30th day of September 2019, upon considering Defendant School District's and Principal Hubbard's Motion to dismiss for ineffective service (ECF Doc. No. 12), without Opposition but mindful the *pro se* Plaintiff obtained an alias summons for each Defendant (ECF Doc. No. 13) recognizing his failure to effect service to date under the Federal Rules, it is **ORDERED** the Motion to dismiss (ECF Doc. No. 12) is **GRANTED** but we do not dismiss these Defendants without providing Plaintiff an opportunity to serve the summons and complaint as to a Defendant he wishes to pursue for recovery no later than **October 25, 2019;** absent timely service, we will dismiss an unserved party for failure to prosecute.

_____
KEARNEY, J.