# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. PRINCE R. ELLIS | : CIVIL ACTION |
| v. | : NO. 19-2387 |
| THE SCHOOL DISTRICT OF PHILADELPHIA, *et al.* | : |

## ORDER

**AND NOW**, this 11th day of December 2019, upon considering the School District of Philadelphia's and Principal Hubbard's Motion to dismiss (ECF Doc. No. 21), without timely Opposition, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' Motion to dismiss (ECF Doc. No. 21) is **GRANTED** without prejudice to Plaintiff possibly commencing a new case if not time-barred given the delay in filing after receipt of his right to sue letter; and,

2. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.